■    PATRIA I. ESTRADA, as Administratrix of the Estate of LUIS ESTRADA, Deceased, Appellant, v. FURCRAFT REALTY CO., INC., Respondent.— Order, Supreme Court, New York County, entered on March 8, 1973, directing a new trial on the issue of damages only unless the plaintiff stipulates to a reduction of the jury verdict from $400,000 to $225,000, unanimously modified, on the law and the facts, to the extent that a new trial is directed, with Supreme Court costs and $60 costs and disbursements of this appeal to abide the event, unless the plaintiff-appellant within 20 days of service upon her by respondent of a copy of the order entered hereon, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict to $300,000 and to the entry of a judgment in accordance therewith. If the plaintiff-appellant consents to the reduction, the order as so modified is otherwise affirmed, without costs and without disbursements. While we agree with the trial court that the jury award of damages was not justified by the evidence, the sum of $300,000 is more in accord with fair and just compensation to the widow and children for the pecuniary injuries resulting from the decedent's death. Concur — Kupferman, J. P., Murphy, Tilzer and Lane, JJ.

## (January 28, 1975)

■    ARTHUR T. BAKER et al., Respondents, v. JACQUES STERLING et al., Defendants. DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Appellant.— Order, Supreme Court, Bronx County, entered December 19, 1973, granting plaintiffs-respondents' motion to vacate the lien of the Department of Social Services, unanimously reversed, on the law, without costs and without disbursements, and the matter remanded to the Supreme Court, Bronx County, for further proceedings, including a determination as to whether the settlement of the infant's cause of action included reimbursement for the medical and hospital expenses incurred and, if appropriate, the reasonableness of the asserted lien based upon such assistance. (Montgomery v. Ramos, 44 A D 2d 811.) Concur — McGivern, P. J., Kupferman, Lupiano and Lane, JJ.

■    EDUCATIONAL BROADCASTING CORPORATION, Respondent-Appellant, v. WRITERS GUILD OF AMERICA, EAST, INC., et al., Appellants-Respondents.— Order, Supreme Court, New York County, entered on October 10, 1974, unanimously affirmed, without costs and without disbursements. As the parties agreed upon argument, this case should proceed to trial without delay. No opinion. Concur — Markewich, J. P., Lupiano, Tilzer, Capozzoli and Yesawich, JJ.